```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

        JAN 09 2020

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY    SMH            DEPUTY
```

MICHAEL BAILEY
United States Attorney
District of Arizona
GAYLE L. HELART
Assistant U.S. Attorney
California State Bar No. 151861
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Email: gayle.helart@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00024-01-PHX-SRB |
| Plaintiff, | **REDACTED INFORMATION** |
| vs. | VIO: 18 U.S.C. § 1470 (Attempt to Transfer Obscene Material to a Minor) |
| Anthony Clendenen, | Count 1 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

Between on or about August 22, 2017, through August 25, 2017, in the District of Arizona, and elsewhere, defendant ANTHONY CLENDENEN, did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

Dated this 19th day of December, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*Gayle L. Helart*
GAYLE L. HELART
Assistant United States Attorney